UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSEPH VALCI,                          )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )          Case No.   4:06CV00584 AGF
                                       )
STANDARD FIRE INSURANCE                )
COMPANY,                               )
                                       )
          Defendant.                   )

**ORDER**

In light of Plaintiff's response [Doc. #9] to this Court's Order to show cause,

**IT IS HEREBY ORDERED** that Defendant's motion of sanctons is **DENIED**.

[Doc. #0)

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of May, 2006.